

# NUMBER 13-19-00078-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE YASEMIN TURAN

## On Petition for Writ of Mandamus.

## ORDER

**Before Chief Justice Contreras and Justices Benavides and Hinojosa**
**Order Per Curiam**

Relator Yasemin Turan filed a petition for writ of mandamus and request for emergency relief in the above cause on February 20, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate its temporary orders pertaining to grandparent access and visitation to and dismiss the underlying case. *See* TEX. FAM. CODE ANN. § 153.433 (West, Westlaw through 2017 1st C.S.). Relator requests that we stay the trial court's temporary orders and the underlying trial court proceedings pending resolution of this original proceeding.

The Court, having examined and fully considered the request for emergency relief, is of the opinion that the request should be carried with the case. Accordingly, the request for emergency relief is carried with the case pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real parties in interest, Norma Sonia Castaneda and Robert Castaneda, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus and the request for temporary relief on or before the expiration of seven days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
21st day of February, 2019.